ALBERT G. WHEELER, JR., Appellant, *v.* CLAUDIA T. WHEELER, Respondent.

*Wheeler* v. *Wheeler*, 172 App. Div. 955, affirmed.
(Argued November 20, 1918; decided December 10, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 8, 1916, modifying and affirming as modified a judgment in favor of defendant entered upon a verdict in an action of replevin. Plaintiff and defendant were husband and wife and had separated. The husband sought to obtain possession of household furniture and effects. The wife pleaded title.

*Eli J. Blair* and *Frank H. Platt* for appellant.

*Charles B. Templeton, Jonah J. Goldstein* and *Joseph Hirschman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.